# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 26, 2010

140376

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

DARYL JACK BIEREMA,
     Defendant-Appellant.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 140376
COA: 294380
Kent CC: 09-002703-FH

On order of the Court, the application for leave to appeal the November 18, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 26, 2010

0519

_____
Clerk